```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )           4:05CR3033
     v.                        )
                               )
DAVID R. BLYTHE,               )
                               )             ORDER
          Defendant.           )
                               )
```

A telephone conference pursuant to <u>Fed. R. Civ. P.</u> 17 was held with counsel in this matter on July 28, 2005, for the purpose of determining the status of the discovery efforts and to set dates for the filing of motions. The plaintiff reported that not all of the voluminous records have been produced, but that a table of contents of such documents should be available shortly. In addition, the trial transcript from the related Washington litigation has not yet been completed. Counsel agreed that these materials should be available within the next sixty days.

IT THEREFORE HEREBY IS ORDERED,

Assuming that the parties' discovery under Rule 16 is completed within sixty days, counsel shall then confer regarding the filing, briefing, and hearing of motions and report to the court on these and any other matters that should be discussed during another telephone conference on September 29, 2005 at 2:30 p.m. Plaintiff's counsel shall place the call.

DATED this 28th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge