IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05 CR 3033 |
| | ) | |
| Plaintiff, | ) | ORDER ON DEFENDANT'S |
| | ) | MOTION FOR TEMPORARY |
| v. | ) | RETURN OF PASSPORT AND |
| | ) | FOR PERMISSION TO TRAVEL |
| | ) | ABROAD |
| DAVID R. BLYTHE, | ) | |
| | ) | |
| Defendant | ) | |

Defendant moves for the temporary return of his passport and permission to travel to Australia for business purposes. Neither the Pretrial Services Officer nor counsel for the government opposes the motion. The Court will grant this motion.

IT THEREFORE HEREBY IS ORDERED:

Pretrial Services shall return Defendant's passport prior to his scheduled departure date of January 29, 2006.

Defendant may travel to Australia on the dates and for the purposes set forth in his motion. Prior to departing, Defendant shall provide lodging and contact information as required by Pretrial Services. Any changes in Defendant's travel itinerary subsequent to this Order must be approved by Pretrial Services. Upon his return, Defendant shall report to Pretrial Services and return his passport.

January 18 , 2006

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge