IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID R. BLYTHE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for temporary return of passport and to allow foreign travel to Paris, France on May 13, 2006 through May 17, 2006 (filing 25) is granted.  The defendant shall follow all the conditions of supervised release that are not in conflict with this order.

    May 5, 2006.                            BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge