IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DAVID R. BLYTHE, | ) | |
| | ) | |
| Defendant. | ) | |

  IT IS ORDERED that the defendant's motion for extension of time (filing 26) to file materials under paragraph 6 of the order on sentencing schedule from May 4, 2006 to May 8, 2006 is granted.

  May 5, 2006.        BY THE COURT:

                  s/ *Richard G. Kopf*
                  United States District Judge